

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
04/27/2021

| | | |
|---|---|---|
| **IN RE:** | § | |
| **CORNERSTONE VALVE LLC,** *et al* | § | **CASE NO: 19-30869** |
| | § | |
| **WELL HEAD COMPONENT INC,** | § | **CASE NO: 19-30870** |
| | § | **Jointly Administered** |
| **Debtors.** | § | |
| | § | **CHAPTER 11** |

<u>**ORDER DENYING MOTION TO COMPEL**</u>

For the reasons set forth in the Court's Memorandum Opinion issued on this date, Valve Venture, LLC's "Motion to Compel" (ECF No. 164) is denied.

SIGNED 04/27/2021

_____
Marvin Isgur
United States Bankruptcy Judge

1 / 1